# EXHIBIT A

# PENDING MOTION TO FILE UNDER SEAL