| User - User Full Name | User - User ID | User - Company | User - Company ID |
|---|---|---|---|
| ISAKSON, JULIA | 19393 | Dairy Farmers of America, Inc | DFA |

**EXHIBIT B**

| User - Work Location | User - Work Location ID | User - Job Code | User - Job Code ID |
|---|---|---|---|
| DFA Ventura Plant | 188 | Sr. Mgr., Quality Assurance | SAQA43 |

**EXHIBIT B**

| Training - Training Title | Training - Training Version | Training - Training Provider |
|---|---|---|
| Policy: Employee Non-Disclosure, Ethics, and Conflict of Interest Agreemen | 3.0 | DFA |

**EXHIBIT B**

| Training - Training Type | Transcript - Transcript Assigned Date | Transcript - Transcript Due Date |
|---|---|---|
| Online Class | 08/01/2022 05:01 AM | 10/01/2022 12:59 AM |

**EXHIBIT B**

| Transcript - Transcript Status | Transcript - Transcript Completed Date | Transcript - Past Due Aging |
|---|---|---|
| Completed | 08/16/2022 09:30 AM | |

**EXHIBIT B**

| User - Manager - User Full Name | User - Manager - User ID | User - Manager - User Email |
|---|---|---|
| NEILD, RUFINA | 32680 | rneild@dfamilk.com |

**EXHIBIT B**

| Transcript - Transcript Delivery Method | User - User Orig. Hire Date | User - User Last Hire Date |
|---|---|---|
| System Assignment (LAT) | 09/22/2016 | 11/08/2021 |

**EXHIBIT B**

User - Job Entry Date
06/11/2023

**EXHIBIT B**