| User - User Full Name | User - User ID | User - Company | User - Company ID |
|---|---|---|---|
| IZDEPSKI, BRIAN | 10929 | Dairy Farmers of America, Inc | DFA |

**EXHIBIT C**

| User - Work Location | User - Work Location ID | User - Job Code | User - Job Code ID |
|---|---|---|---|
| Springfield Tampa Street Admin | 111 | Sr. Dir., Food Safety | SAQF50 |

**EXHIBIT C**

| Training - Training Title | Training - Training Version | Training - Training Provider |
|---|---|---|
| Policy: Employee Non-Disclosure, Ethics, and Conflict of Interest Agreemen | 3.0 | DFA |

**EXHIBIT C**

| Training - Training Type | Transcript - Transcript Assigned Date | Transcript - Transcript Due Date |
|---|---|---|
| Online Class | 08/01/2022 04:22 AM | 10/01/2022 12:59 AM |

**EXHIBIT C**

| Transcript - Transcript Status | Transcript - Transcript Completed Date | Transcript - Past Due Aging |
|---|---|---|
| Completed | 09/14/2022 11:22 AM | |

**EXHIBIT C**

| User - Manager - User Full Name | User - Manager - User ID | User - Manager - User Email |
|---|---|---|
| BYRNE, ROB | 25999 | rbyrne@dfamilk.com |

**EXHIBIT C**

| Transcript - Transcript Delivery Method<br>System Assignment (LAT) | User - User Orig. Hire Date<br>07/12/2010 | User - User Last Hire Date<br>07/12/2010 |
|---|---|---|

**EXHIBIT C**

User - Job Entry Date
03/21/2021

**EXHIBIT C**