| User - User Full Name | User - User ID | User - Company | User - Company ID |
|---|---|---|---|
| HUCKABAY, REBECCA | 3445 | Dairy Farmers of America, Inc | DFA |

**EXHIBIT D**

| User - Work Location | User - Work Location ID | User - Job Code | User - Job Code ID |
|---|---|---|---|
| DFA Cabool Plant | 002 | Sr. Mgr., Asst Plant Manager | SAPD44 |

**EXHIBIT D**

| Training - Training Title | Training - Training Version | Training - Training Provider |
|---|---|---|
| Policy: Employee Non-Disclosure, Ethics, and Conflict of Interest Agreemen | 3.0 | DFA |

**EXHIBIT D**

| Training - Training Type | Transcript - Transcript Assigned Date | Transcript - Transcript Due Date |
|---|---|---|
| Online Class | 07/20/2022 05:12 PM | 04/15/2022 12:59 AM |

**EXHIBIT D**

| Transcript - Transcript Status | Transcript - Transcript Completed Date | Transcript - Past Due Aging |
|---|---|---|
| Completed (Equivalent) | 03/25/2022 06:27 PM | |

**EXHIBIT D**

| User - Manager - User Full Name | User - Manager - User ID | User - Manager - User Email |
|---|---|---|
| CANFIELD, SHAWNON | 10596 | scanfield@dfamilk.com |

**EXHIBIT D**

| Transcript - Transcript Delivery Method | User - User Orig. Hire Date | User - User Last Hire Date |
|---|---|---|
| System Assignment (LAT) | 01/13/1997 | 01/13/1997 |

**EXHIBIT D**

User - Job Entry Date
03/06/2022

**EXHIBIT D**