| User - User Full Name | User - User ID | User - Company | User - Company ID |
|---|---|---|---|
| SMITH, CEDRIC | 18258 | Dairy Farmers of America, Inc | DFA |

**EXHIBIT E**

| User - Work Location | User - Work Location ID | User - Job Code | User - Job Code ID |
|---|---|---|---|
| DFA Springfield Plant | 001 | Sr. Mgr., Asst Plant Manager | SAPD44 |

**EXHIBIT E**

| Training - Training Title | Training - Training Version | Training - Training Provider |
|---|---|---|
| Policy: Employee Non-Disclosure, Ethics, and Conflict of Interest Agreemen | 3.0 | DFA |

**EXHIBIT E**

| Training - Training Type | Transcript - Transcript Assigned Date | Transcript - Transcript Due Date |
|---|---|---|
| Online Class | 08/01/2022 04:52 AM | 10/01/2022 12:59 AM |

**EXHIBIT E**

| Transcript - Transcript Status | Transcript - Transcript Completed Date | Transcript - Past Due Aging |
|---|---|---|
| Completed | 08/03/2022 04:49 PM | |

**EXHIBIT E**

| User - Manager - User Full Name | User - Manager - User ID | User - Manager - User Email |
|---|---|---|
| SWADLEY, ADAM | 5903 | aswadley@dfamilk.com |

**EXHIBIT E**

| Transcript - Transcript Delivery Method System Assignment (LAT) | User - User Orig. Hire Date 11/23/2015 | User - User Last Hire Date 11/23/2015 |
|---|---|---|

**EXHIBIT E**

User - Job Entry Date
06/18/2017

**EXHIBIT E**