| User - User Full Name | User - User ID | User - Company | User - Company ID | User - Work Location |
|---|---|---|---|---|
| BETHUREM, PATRICIA | 3023 | Dairy Farmers of America, Inc | DFA | Springfield Tampa Street Admin |

**EXHIBIT G**

Transcript Status Report
Run Date 09.18.24

Page 1

| User - Work Location ID | User - Job Code | User - Job Code ID |
|---|---|---|
| 111 | Director, Accounting | SAAC45 |

**EXHIBIT G**

Transcript Status Report
Run Date 09.18.24

| Training - Training Title | Training - Training Hours |
|---|---|
| Policy: Employee Non-Disclosure, Ethics, and Conflict of Interest Agreement (CC) | 0.08 |

**EXHIBIT G**

| Training - Training Provider | Training - Training Type | Transcript - Transcript Assigned Date | Transcript - Transcript Due Date |
|---|---|---|---|
| DFA | Online Class | 08/01/2022 04:09 AM | 10/01/2022 12:59 AM |

**EXHIBIT G**

| Transcript - Transcript Status | Transcript - Transcript Completed Date | Transcript - Past Due Aging |
|---|---|---|
| Completed | 08/24/2022 12:32 PM | |

**EXHIBIT G**

| User - Manager - User Full Name | User - Manager - User ID | User - Manager - User Email |
|---|---|---|
| MCCROSKEY, TOM | 3382 | tmccroskey@dfamilk.com |

**EXHIBIT G**

| Transcript - Transcript Delivery Method | User - User Orig. Hire Date | User - User Last Hire Date | User - Job Entry Date |
|---|---|---|---|
| System Assignment (LAT) | 02/01/1999 | 02/01/1999 | 10/08/2016 |

**EXHIBIT G**