# EXHIBIT H

# PENDING MOTION TO SEAL