# EXHIBIT I

# PENDING MOTION TO SEAL