# EXHIBIT J

# PENDING MOTION TO SEAL