**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

DAIRY FARMERS OF AMERICA, INC.,      )
                                     )
                    Plaintiff,       )
                                     )
v.                                   )          Case No. 4:25-cv-000662-JM
                                     )
WESTROCK COFFEE COMPANY, et al.      )
                                     )
                    Defendants.      )

**PLAINTIFF DAIRY FARMERS OF AMERICA, INC.'s MOTION FOR LEAVE
TO SUBSTITUTE REDACTED FILINGS AND TO
FILE UNREDACTED VERSIONS UNDER SEAL**

Plaintiff Dairy Farmers of America, Inc. ("DFA"), by and through its undersigned counsel, respectfully moves this Court for leave to (1) substitute redacted versions of the following documents for the unredacted versions currently on the public docket: DFA's Objections and Answers to Defendant Westrock Coffee Company's First Set of Interrogatories to Plaintiff, Docs. 145-1, 145-5, 146-3; DFA's Response to Defendant Westrock Coffee Company's First Requests for Production of Documents, Doc. 145-5, 146-3; DFA's March 10, 2026 Listing of Trade Secrets, Docs. 145-9, 162-1; and DFA's Brief in Support of its Motion to Compel, Doc. 155; and (2) file the unredacted versions of those documents under seal. In support, DFA states as follows:

1.      On April 1, 2026, Defendants Westrock Coffee Company and Westrock Beverage Company (collectively, "Westrock Defendants") filed their Motion to Compel Adequate Disclosure of Trade Secrets. Doc. 145.

2.      On April 29, 2026, DFA filed its Motion to Compel Discovery. Doc. 154.

3.      Both motions include information that DFA has designated as Confidential under this action's Protective Order (Doc. 142), including DFA's Objections and Answers to Defendant

1

Westrock Coffee Company's First Set of Interrogatories to Plaintiff, Docs. 145-1, 145-5, 146-3; DFA's March 10, 2026, Listing of Trade Secrets, Docs. 145-9, 162-1; and DFA's Brief in Support of its Motion to Compel, Doc. 155 (collectively, the "Confidential Materials").

4.    The Confidential Materials identify the name of the Whistleblower and contain information regarding agreements between a confidential customer.

5.    DFA therefore seeks leave to: (1) substitute on the public docket redacted versions of the Confidential Materials for the unredacted versions previously filed; and (2) file the unredacted versions under seal.

6.    The proposed redacted versions of the Confidential Materials are attached as Exhibits 1 through 6.

7.    DFA conferred with counsel for the Westrock Defendants and Individual Defendants regarding this motion by email on June 8, 2026, and in a telephone conference on June 22, 2026. The Westrock Defendants and Individual Defendants oppose the relief requested herein related to the Whistleblower's identity. As far as DFA is aware, there is no opposition to confidentially designating the identity of the parties' shared customer given contractual confidentiality obligations.

8.    This motion is not sought for any improper purpose. DFA seeks leave solely to protect the integrity of its reporting hotline, the identity of the Whistleblower, and its confidential customer.

9.    DFA's Ethics and Compliance Hotline is confidential to maintain the integrity of its reporting process. Public disclosure of a Whistleblower would undermine the integrity and anonymity of DFA's process and could potentially chill future reporting.

10.    Public disclosure of the Whistleblower's identity could expose that individual to retaliation and other harm. The interest in protecting the Whistleblower's identity substantially outweighs any presumption of public access to the materials at issue.

11.    Public disclosure of the confidential customer would violate DFA's confidentiality agreement with this customer, and therefore redaction is necessary.

12.    Pursuant to Local Rule 7.2(a), DFA submits a brief in support of its motion.

WHEREFORE, Plaintiff Dairy Farmers of America, Inc. respectfully requests that the Court grant this Motion and Order (1) that the redacted versions the following documents be substituted for the unredacted versions currently on the docket: DFA's Objections and Answers to Defendant Westrock Coffee Company's First Set of Interrogatories to Plaintiff, Docs. 145-1, 145-5, 146-3; DFA's Response to Defendant Westrock Coffee Company's First Requests for Production of Documents, Doc. 145-5, 146-3; DFA's March 10, 2026 Listing of Trade Secrets, Docs. 145-9, 162-1; and DFA's Brief in Support of its Motion to Compel, Doc. 155; and (2) that the unredacted versions those documents be filed under seal.

Dated:  July 1, 2026

**HUSCH BLACKWELL LLP**

*/s/ Kayla L. Fowler*
Bryan O. Wade, Mo. Bar No. 41939
(admitted *pro hac vice*)
Kayla L. Fowler, Mo Bar No. 76613
(admitted *pro hac vice*)
3810 E. Sunshine Street, Suite 300
Springfield, MO 65809
Telephone:  417-268-4000
Facsimile:  417-268-4040
Bryan.wade@huschblackwell.com
Kayla.fowler@huschblackwell.com

**SHULTS LAW FIRM LLP**

Peter Shults, Ark Bar No. 2019021
200 W. Capitol Avenue, Suite 1600
Little Rock, AR 72201-3621
Telephone: 501-375-2301
pshults@ShultsLaw.com


*Attorneys for Plaintiff Dairy Farmers of America, Inc.*

4